UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SIDNEY B. HARR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A CIVIL CASE** |
| v. | ) **CASE NO. 5:23-CV-577-D** |
| | ) |
| NORTH CAROLINA OFFICE OF | ) |
| ADMINISTRATIVE HEARINGS, | ) |
| | ) |
| Defendant. | ) |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion to amend [D.E. 5], GRANTS defendant's motion to dismiss [D.E. 10], and DISMISSES the action WITHOUT PREJUDICE.

**This Judgment Filed and Entered on December 14, 2023, and Copies To:**

Sidney B. Harr       (via US Mail to PO Box 10153, Raleigh, NC 27605)

Joseph Finarelli     (via CM/ECF electronic notification)

DATE: December 14, 2023            PETER A. MOORE, JR., CLERK

                                   (By)  /s/ Stephanie Mann
                                   Deputy Clerk